UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION AND THE UNITED STATES DEPARTMENT OF THE INTERIOR; THE STATE OF WASHINGTON THROUGH THE WASHINGTON DEPARTMENT OF ECOLOGY; MUCKLESHOOT INDIAN TRIBE; SUQUAMISH TRIBE,<br><br>Plaintiffs,<br><br>v.<br><br>EARLE M. JORGENSEN COMPANY,<br><br>Defendant. | Case No. CV-19-00907-JLR<br><br>[PROPOSED] ORDER ENTERING CONSENT DECREE |

Comes now this Court, finding good cause, for the reasons set forth in the United States's Motion to Enter Consent Decree (Dkt. No. 5), approves and enters the Consent Decree lodged with this Court on June 10, 2019 (Dkt. No. 2-1) as a final judgment in this action pursuant to Fed. R. Civ. P. 54 & 58. Accordingly, the Court has signed the Consent Decree attached to this Order.

SO ORDERED THIS 25th DAY OF October, 2019.

Hon. James L. Robart
United States District Judge

ORDER